
Case: 1:24-cv-01559-CAB Doc #: 4-2 Filed: 09/12/24 1 of 1. PageID #: 77

**EXHIBIT B**

**Eric Nemecek**

**From:** Andrea Melera <Andrea.Melera@viapath.com>
**Sent:** Thursday, August 29, 2024 3:34 PM
**To:** Eric Nemecek
**Subject:** FW: Subpoena: Sailor v. City of Cleveland, No. 1:20-cv-00660 (N.D. Ohio)

Good afternoon, Eric –

I wanted you to know that ViaPath has also received a subpoena from the Cuyahoga County Prosecutor's Office seeking some of the same information, not all, as the federal subpoena. Are you representing your client in that matter, as well? We need to know how to proceed as soon as possible, if you please could check with your client and let me know.

Thank you!

**Andrea Melera**
**ViaPath Technologies** | Legal Compliance Manager
Office 703-955-3911 | Fax 866-545-2952
andrea.melera@viapath.com
www.viapath.com





ViaPath Technologies was awarded
Top Workplaces 2021, 2022, and 2023

This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender. If you have received this transmission in error, please notify the sender immediately and delete the original message. Unless explicitly noted above, this e-mail should not in any way be considered as evidence of the sender's intent to be bound to any agreement.

**From:** Pelicia Hall <Pelicia.Hall@viapath.com>
**Sent:** Monday, August 26, 2024 6:01 PM
**To:** Eric Nemecek <ecn@fanlegal.com>
**Cc:** Andrea Melera <Andrea.Melera@viapath.com>; Ian Friedman <inf@fanlegal.com>
**Subject:** Re: Subpoena: Sailor v. City of Cleveland, No. 1:20-cv-00660 (N.D. Ohio)

Good evening Eric. Thank you for the update. If there is a subsequent request, we will let you know. Otherwise, we consider this matter stayed with no further action on the company's behalf.

**Pelicia Hall,** *EVP & Corporate Counsel*
M | 601-708-3145
This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender. If you have received this transmission in error, please notify the sender

1